UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-41 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| OMAR PAULINO-GUZMAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on January 12, 2021.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on April 21, 2025. The defendant admitted to the following violations:

1. Unauthorized Use of Illicit Drugs;
2. Failure to Attend Programming as Directed;
3. Failure to Submit to Drug Testing as Required;
4. New Law Violation;
5. New Law Violation; and
6. Violation of Mandatory Condition: The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or any other dangerous weapon.

---

[1] Supplemental reports were filed on August 19, 2021, and December 7, 2021, to update the Court on the state court proceedings.

The magistrate judge filed a report and recommendation on April 21, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, 5, and 6.

A final supervised release violation hearing was conducted on May 13, 2025. Present were the following: Assistant United States Attorney Colleen Egan, representing the United States; Assistant Federal Public Defender David Johnson, representing the defendant; the defendant Omar Paulino-Guzman, AO-certified Spanish interpreter Cynthia Lepeley, and United States Probation Officer Alfred Preston, Jr.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, 5, and 6.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 15 months, to be served consecutively to the undischarged sentence in the Cuyahoga County Court of Common Pleas, case number CR-20-655473. The defendant is to receive credit for time served to date. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: May 13, 2025

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**